# United States District Court
## Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| CS13 | E 1026267 | RODRIGUEZ I | 9464 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☒ USC ☐ State Code |
|---|---|
| 12/01/2022 | TITLE 18, SECT. 13 CVC 12500 |

Place of Offense: BRINSNER & PIER 3 NAVAL BASE SAN DIEGO

Offense Description: Factual Basis for Charge: UNLICENSED DRIVER

HAZMAT ☐

### DEFENDANT INFORMATION

Last Name: WEIR
First Name: JACOB
MI: R

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| 0057052 | CA | 02 | DODGE | | WHT |

**APPEARANCE IS REQUIRED**
A ☒ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee
PAY THIS AMOUNT AT www.cvb.uscourts.gov →
$ _____ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: _____
Date: _____
Time: _____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: *Jacob Weir*

Original - CVB Copy

*E1026267*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on DEC 01, 20 22 while exercising my duties as a law enforcement officer in the SOUTHERN District of CALIFORNIA

WEIR, JACOB WAS INVOLVED IN A TRAFFIC ACCIDENT ON BRINSNER & PIER 3 NAVAL BASE SAN DIEGO. I MET WITH WEIR AND ASKED HIM FOR A VALID DRIVERS LICENSE. HE STATED TO ME HE WAS UNLICENSED AND HAD BARROWED THE VEHICLE FROM A FELLOW CO-WORKER.

CASE # 2200245OO586-14B

The foregoing statement is based upon:
☒ my personal observation
☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 12/01/2022
Officer's Signature: [signed]

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy) / U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 01/13/2023 12:33